FILED16 DEC '26 14:12USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-**00446 - IM |
| **v.** | **INDICTMENT** |
| **ROSA CAZARES,** | **26 U.S.C. § 7202** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**Introductory Allegations**

At all times relevant to this Indictment:

1. Defendant **ROSA CAZARES** resided in Portland, Oregon.

2. **CAZARES** was the Chief Executive Officer of La Mota, LLC ("La Mota"), a cannabis business based in Portland, Oregon.

3. **CAZARES** was the Chief Executive Officer of 503 Staffing LLC ("503 Staffing"), a payroll processing company based in Portland, Oregon. 503 Staffing only exists to process payroll for La Mota and entities related to La Mota.

4. The Internal Revenue Service ("IRS") was an agency of the United States within the Department of the Treasury and was responsible for enforcing and administering the tax laws of the United States.

///

## Employment Tax Withholding

5. Pursuant to the Internal Revenue Code and associated statutes and regulations, employers are required to withhold amounts from their employees' gross pay including Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and federal income taxes (collectively, "trust fund taxes").

6. Employers are required to remit these withheld, trust fund amounts to the IRS on a quarterly basis, no later than the last day of month following the end of the quarter.

7. In addition to the trust fund taxes that must be withheld from pay, employers are separately required to make contributions under FICA for Social Security and Medicare in amounts matching the amounts withheld from their employees' pay for those purposes. Such employer contributions are likewise required to be remitted to the IRS no later than the last day of the month following the end of the quarter. Collectively, these five components required to be remitted quarterly are commonly referred to as "employment taxes," made up of the trust fund taxes withheld (individual income, Social Security and Medicare taxes) and the matching amounts contributed by the employer.

8. Employers are required to file, one month after the conclusion of the calendar quarter, an Employer's Quarterly Federal Tax Return, Form 941 ("Form 941"), setting forth the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits.

9. A person is responsible for collecting, accounting for, and paying over the employment taxes if he or she has the authority required to exercise significant control over the employer's financial affairs, regardless of whether the individual exercised such control in fact.

10. As Chief Executive Officer of La Mota and 503 Staffing, and based on the control she exercised over their financial affairs, **CAZARES** was a person responsible for collecting, accounting for, and paying over to the IRS employment taxes for La Mota and 503 Staffing that was withheld from employee wages.

## COUNTS 1-8
**(Willful Failure to Collect, Account for, and Pay Over Trust Fund Taxes)**
**(26 U.S.C. § 7202)**

11. Paragraphs 1-10 of the Indictment are realleged and incorporated by reference as thou fully set forth herein.

12. **CAZARES** was a person required to collect, account for on quarterly Forms 941, and pay over to the IRS on behalf of La Mota and 503 Staffing the trust fund taxes imposed on its employees by the Internal Revenue Code.

13. On or about the dates listed in the table below, for each of the calendar quarters listed below, in the District of Oregon, defendant **ROSA CAZARES** did willfully fail to collect, truthfully account for, or pay over the trust fund taxes due and owing to the IRS on behalf of the employees of La Mota and/or 503 Staffing.

| Count | Calendar Quarter Ending | Due Date of Form 941 | Trust Fund Taxes Due and Owing |
|---|---|---|---|
| 1 | 2020/03 | 4/30/2020 | $105,577 |
| 2 | 2020/06 | 7/31/2020 | $167,651 |
| 3 | 2020/09 | 10/31/2020 | $222,180 |
| 4 | 2020/12 | 1/31/2021 | $231,303 |
| 5 | 2021/03 | 4/30/2021 | $240,300 |
| 6 | 2021/06 | 7/31/2021 | $171,613 |
| 7 | 2021/09 | 10/31/2021 | $256,251 |
| 8 | 2021/12 | 1/31/2022 | $147,538 |
| | | **Total** | **$1,542,413** |

All in violation of Title 26, United States Code, Section 7202.

Dated: October 15, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

MEREDITH D.M. BATEMAN, OSB #192273
Assistant United States Attorney